1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN REED,                              No.  2:23-cv-01207-DAD-CKD (PC)

12                    Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   GAVIN NEWSOM, et al.,                    THIS ACTION

15                    Defendants.             (Doc. No. 13)

16

17        Plaintiff Kevin Reed is a state prisoner proceeding *pro se* in this civil rights action brought

18   pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 20, 2024, the assigned magistrate judge dismissed plaintiff's complaint with

21   leave to amend and directed plaintiff to file a first amended complaint within thirty (30) days

22   from the date of service of that order.  (Doc. No. 6.)  Plaintiff did not file a first amended

23   complaint and still has not done so.  Accordingly, on January 3, 2024, the assigned magistrate

24   judge issued findings and recommendations recommending that this action be dismissed, without

25   prejudice, due to plaintiff's failure to prosecute this action.  (Doc. No. 13.)  The findings and

26   recommendations were served upon plaintiff and contained notice that any objections thereto

27   were to be filed within fourteen (14) days after service.  (*Id.* at 1.)  To date, plaintiff has not filed

28   /////

                                              1

1  any objections to the pending findings and recommendations and the time in which to do so has

2  passed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

4  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

5  pending findings and recommendations are supported by the record and proper analysis.

6       Accordingly,

7       1.    The findings and recommendations issued on January 3, 2025 (Doc. No. 13.)  are

8             adopted in full;

9       2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute;

10            and

11      3.    The Clerk of the Court is directed to close this case.

12      IT IS SO ORDERED.

13  Dated:    **April 25, 2025**                    _____

14                                      DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2